Segundo J. TADEO, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 01–7091.

United States Court of Appeals,
Federal Circuit.

Dec. 12, 2001.

Before CLEVENGER, Circuit Judge,
ARCHER, Senior Circuit Judge, and
DYK, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R.36.